AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
FILED
DEC 30 2024
Nathan Ochsner, Clerk of Court

Manrique, Edson
*Petitioner*

v.

Alejandro Mayorkas
Efrain Plaza
Randy Tate
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ____________
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Edson Manrique
   (b) Other names you have used: ____________
2. Place of confinement:
   (a) Name of institution: Montgomery Processing Center
   (b) Address: 806 Hilbig Road
   Conroe, TX 77301
   (c) Your identification number: A 214 605 341
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain: ____________
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ____________
   (b) Docket number of criminal case: ____________
   (c) Date of sentencing: ____________
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*: ____________

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

- ☐ Pretrial detention
- ☑ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other *(explain)*: ______________________

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: ______________________
   (b) Docket number, case number, or opinion number: ______________________
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Immigration detention beyond removal period.
   (d) Date of the decision or action: ______________________

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☑ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: ______________________
   (2) Date of filing: ______________________
   (3) Docket number, case number, or opinion number: ______________________
   (4) Result:
   (5) Date of result: ______________________
   (6) Issues raised: ______________________
   (b) If you answered "No," explain why you did not appeal: I didn't appeal because I didn't have fully Knowledge of my rights and I also wanted to be realese as soon as possible at the time because my family issues.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing:

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: I didn't file a first appeal.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: Same as the one before.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** As a Venezuelan citizen there is a very low likelihood that I will be removed to my country, because of there is NO diplomatic ties between the U.S and Venezuela.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?

❒ Yes ❒ No

**GROUND TWO:** I'd Poroled out from the state Prision, Finishing the time for the Crime that I commited. now I'd been held in Cimmigration Custody for more than a time of revision, and this sistem haven't find me a Solution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

3 Judges voted on my fayor for me to Poroted out. I have a family that needs my support out here. I had lost my families members, my mother Just Past away a month ago. my brother is in a wheelchair and needs medication 4 the rest of his life. I got family th

(b) Did you present Ground Two in all appeals that were available to you?

❒ Yes ❒ No

**GROUND THREE:** really needs me out of here. please I dear you to find a solution for me.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

❒ Yes ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I request to be released under supervision.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

12/16/2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Dec 16th 2024

*Signature of Petitioner*

N/A

*Signature of Attorney or other authorized person, if any*

Page 9 of 9

; FIRMLY TO SEAL

FSC MIX Board FSC® C118915

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

d delivery date specified for domestic use.

c shipments include $100 of insurance (restrictions apply).*

acking® service included for domestic and many international destinations.

international insurance.**

sed internationally, a customs declaration form is required.

oes not cover certain items. For details regarding claims exclusions see the
il Manual at http://pe.usps.com.
ational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RATE ENVELOPE

E ■ ANY WEIGHT

CKED ■ INSURED

00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

FROM: Edson ManRique
Montgomery Processing center
806 Hilbig Road
Conroe, TX 77301
A# 214 605341

This Is Legal Mail And
Has NOT Been Inspected

TO:

United states District CoorT
Souther District of Texas
P.O. Box 61010
Houston, TX 77208-1010

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4705 1230 99

Label 400 Jan. 2013
7690-16-000-7948

how2recycle.info

PAPER POUCH

United States Courts
Southern District of Texas
FILED
DEC 30 2024
Nathan Ochsner, Clerk of Court

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.